UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------x
In re:                                    Case No: 1:14-41126-ess

Francis Group Holding Corp.,              Chapter 11

                  Debtor.
-------------------------------------------------------x

## CERTIFICATE OF SERVICE

      I, Jason Leibowitz, being duly sworn, hereby deposes and says:

      I am over 18 years of age, I am not a party to the action, and I reside in Suffolk County in the State of New York. On November 7, 2014, I caused to be served a true copy of SDF8 CBK LLC and 12-18 Walworth Street LLC's: 1) Joint Plan, 2) Joint Disclosure Statement, 3) the Order Conditionally Approving the Joint Disclosure Statement and 4) the required Notice pursuant to the Order of Conditional Approval via First Class Mail by depositing same enclosed in a postpaid, properly addressed envelope under the exclusive care of the United States Post Office to the parties at the addresses listed below:

| | | |
|---|---|---|
| Office of the United States Trustee<br>Eastern District of NY (Brooklyn)<br>U.S. Federal Office Building<br>201 Varick Street, Suite 1006<br>New York, NY 10014-9449 | Francis Group Holding Corp.<br>1194 Nostrand Ave<br>Brooklyn, NY 11226 | The City of New York<br>Attn: Hugh H. Shull, Esq<br>100 Church Street<br>New York, New York 10007-2668 |
| Consolidated Edison Co. of NY, Inc.<br>4 Irving Place, Room 1875-S<br>New York, New York 10003-3502<br>Attn: Bankruptcy Group | Jeffrey Rosenberg PC<br>165 Eileen Way, Suite 101<br>Syosset, New York 11791-5324 | City of New York Housing<br>Preservation and Development<br>c/o Brenda Nelson<br>100 Gold Street, Room 5-S<br>New York, NY 10038-1605 |
| NYC Department of Finance<br>PO Box 680<br>Newark, New Jersey 07101-0680 | NYC Department of Finance<br>TP&P Division/Office of Tax Audits<br>345 Adams Street, 5th Floor<br>Brooklyn, New York 11201-3719<br>Attn: Bankruptcy Unit | NYC Office of Administrative<br>Trials and Hearings<br>James Macron<br>66 John Street, 10th Fl<br>New York NY 10038-3772 |
| NYS DEPT OF TAX & FINANCE<br>BANKRUPTCY SECTION<br>PO BOX 5300<br>ALBANY, NY 12205-0300 | The Brooklyn Union Gas Company<br>dba National Grid New York<br>One MetroTech Center<br>Brooklyn NY 11201-3850<br>Attn: Mr. E. Negron - 13th Floor | Rally Group, LLC<br>M David Graubard<br>Kera & Graubard<br>240 Madison Avenue, 7th Floor<br>New York, NY 10016-2820 |

| | | |
|---|---|---|
| Internal Revenue Service<br>2 Metrotech Center 6th floor<br>100 Myrtle Avenue<br>Brooklyn, NY 11201 | United States Attorney General<br>U.S. Department of Justice<br>950 Pennsylvania Avenue, NW<br>Washington, DC 20530-0001 | Tax Division of the<br>U.S. Dept. of Justice<br>U.S. Department of Justice<br>950 Pennsylvania Avenue, NW<br>Washington, DC 20530-0001 |
| United States Attorney's Office<br>Eastern District of New York<br>Attention: Civil Division,<br>Bankruptcy Processing<br>271-A Cadman Plaza East<br>Brooklyn, NY 11201-1820 | City of New York Housing<br>Preservation and Development<br>c/o Marvin G. Castillo, Esq.<br>100 Gold Street, Room 5-S<br>New York, NY 10038-1605 | Gregory M. LaSpina, Esq.<br>*Counsel to Court Appointed*<br>*Receivers*<br>19-02 Whitestone Expressway<br>Whitestone, New York 11357 |
| US Bankruptcy Court - EDNY<br>271-C Cadman Plaza East, Suite 1595<br>Brooklyn, New York 11201 | Internal Revenue Service<br>P.O. Box 7346<br>Philadelphia, PA 19101-7346 | Ralph Milstein<br>1479 East 34th Street<br>Brooklyn, New York 11234-2636 |
| US Attorney's Office – EDNY<br>Civil Division, Bankruptcy<br>271 Cadman Plaza East<br>Brooklyn, New York 11201 | US Attorney's Office – SDNY<br>Civil Division, Bankruptcy<br>86 Chambers Street<br>New York, New York 10007 | Office of the Attorney General<br>The Capital<br>Albany, New York 12224 |
| NYC Water Board<br>PO Box 410<br>New York, NY 10008-0410 | NYS Unemployment Insurance Fund<br>PO Box 551<br>Albany, New York 12201 | |

 

*s/ Jason Leibowitz*  
Jason Leibowitz