**KRISS & FEUERSTEIN LLP**
360 Lexington Avenue, Suite 1200
New York, New York 10017
Kenneth P. Horowitz, Esq.
Jason S. Leibowitz, Esq.
(212) 661-2900
(212) 661-2900 - facsimile

*Attorneys for Rut-Clark LLC &*
*12-18 Walworth Street LLC*

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------x

In re:                                                                Case No: 1:14-41126-ess

Francis Group Holding Corp.,                          Chapter 11

                                                                          Hon. Elizabeth S. Stong
                                            Debtor.              United States Bankruptcy Judge
-----------------------------------------------------------x

## NOTICE OF OCCURRENCE OF
## <u>EFFECTIVE DATE UNDER JOINT PLAN OF LIQUIDATION</u>

**PLEASE TAKE NOTICE**, that on January 7, 2015, the Bankruptcy Court for the

Eastern District of New York (the "<u>Bankruptcy Court</u>") entered an Order dated January 7,

2015 (the "<u>Confirmation Order</u>") [docket no. 112] in the Chapter 11 case of the above-

captioned debtor, Francis Group Holding Corp., (the "<u>Debtor</u>"), confirming the Joint Plan

of Liquidation (the "<u>Plan</u>") dated November 5, 2014 [docket no. 81].

**PLEASE TAKE FURTHER NOTICE**, that on June 3, 2015, plan proponent 12-

18 Walworth Street LLC, and plan proponent Rut-Clark LLC took all actions necessary to

effectuate the transactions contemplated under the Plan, including, without limitation,

transferring the real properties known as, and located at (1) 287 Clarkson Avenue,

Brooklyn, New York (Block 5057; Lot 58), (2) 394-396 Rutland Road, Brooklyn, New

York (Block 4809; Lot 41) and (3) 180 Linden Boulevard, Brooklyn, New York 11226

(Block 5088; Lot 12), from the Debtor to Clarkson287 LLC, Rutland394 LLC and 180 Linden Owners LLC respectively, thereby consummating the Plan, and ensuring that all other conditions precedent were fulfilled and/or waived.  Therefore, the Effective Date under the Plan occurred on June 3, 2015.

Dated: New York, New York
      June 4, 2015

                    KRISS & FEUERSTEIN, LLP
                    *Attorneys for Rut-Clark LLC &*
                    *12-18 Walworth Street LLC*

By:  *s/ Jason S. Leibowitz*
     Kenneth P. Horowitz, Esq.
     Jason S. Leibowitz, Esq.
     360 Lexington Avenue, Suite 1200
     New York, New York  10017
     (212) 661-2900
     (646) 454-4168 - facsimile
     jleibowitz@kandfllp.com